PLAINTIFF/PETITIONER/MOVANT'S NAME
**GREGORY LEE GRAY**
PRISON NUMBER
**J05459**

PLACE OF CONFINEMENT
**H.D.S.P., B-2-213
P.O. BOX 3030, (HIGH DESERT STATE PRISON)**
ADDRESS

**(SAME AS ABOVE)**

FILED
JUL 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

**GREGORY LEE GRAY,**
Plaintiff/Petitioner/Movant

v.

**JOHN DOE HEAD DIRECTOR OF CDCR,
ROBERT HERNANDEZ, WARDEN, K. STERLING,
E. MARRERO, AND A.R. PETERSON ALL OF
R.J. DONOVAN CORR-** Defendant/Respondent
**ECTIONAL FACILITY, et al.,**

'08 CV 1178 J (NLS)

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? [X] Yes [ ] No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?          [X] Yes [ ] No
    Do you receive any payment from the institution?   [ ] Yes [X] No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? [X] Yes [ ] No
    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
    I'M A PORTER AT HIGH DESERT STATE PRISON AND THEY DO NOT PAY ME.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    JUNE 18, 2007, I WAS IN PIA INDUSTRY LAUNDRY AND I WAS RECEIVING 45¢ AN HOUR. AND AT REGULAR PAY PER MONTHLY AVERAGE I MADE $47.25. HOWEVER, WHEN I WORKED OVERTIME I WOULD MAKE $76.00 TO $78.00.

3. In the past twelve months have you received any money from any of the following sources?:
    a. Business, profession or other self-employment   [ ] Yes [X] No
    b. Rent payments, royalties interest or dividends   [ ] Yes [X] No
    c. Pensions, annuities or life insurance   [ ] Yes [X] No
    d. Disability or workers compensation   [ ] Yes [X] No
    e. Social Security, disability or other welfare   [ ] Yes [X] No
    e. Gifts or inheritances   [ ] Yes [X] No
    f. Spousal or child support   [ ] Yes [X] No
    g. Any other sources   [ ] Yes [X] No

    If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
    Ø

4. Do you have any checking account(s)? [ ] Yes [X] No
    a. Name(s) and address(es) of bank(s):
    b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? [ ] Yes [X] No
    a. Name(s) and address(es) of bank(s):
    b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? [ ] Yes [X] No
    a. Make:            Year:            Model:
    b. Is it financed? [ ] Yes [X] No
    c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value. _____

_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. CANDACE M. GRAY AGE 24 (DAUGHTER)

    RACHEL LEWIS AGE 13 (DAUGHTER)

I HAVE NOT BEEN ABLE TO GIVE THEM ANY MONEY OR SUPPORT.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

I THINK I AM IN CREDIT DEBT, BUT NOT KNOWN AT THIS TIME AS TO WHO WHEN OR WHERE OR HOW MUCH.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you **must** explain the sources of funds for your day-to-day expenses.

    I DO NOT HAVE ANY OTHER SOURCE OF INCOME.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE 6-22-2008                /s/ Gregory Lee Gray
                              SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant _____ GREGORY LEE GRAY _____,
(NAME OF INMATE)

_____ J05459 _____,
(INMATE'S CDC NUMBER)

has the sum of $ _____ 9.22 _____ on account to his/her credit at _____

_____ HIGH DESERT STATE PRISON _____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____ N/A _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ _____ 0.00 _____,

and the *average monthly deposits* to the applicant's account was $ _____ 0.00 _____.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

X _____ 6-25-08 _____
DATE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
DEPARTMENT OF CORRECTIONS
X _____ SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION
BY _____ TRUST OFFICE

X L. Jacobs
OFFICER'S FULL NAME (PRINTED)

X Accountant I Supervisor
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)            -4-            ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _____GREGORY LEE GRAY_____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 6-22-2008            _/s/ Gregory Lee Gray_
                          SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                                              REPORT DATE: 06/23/08
                                                                     PAGE NO:        1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                               HIGH DESERT STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: NOV. 01, 2007 THRU JUN. 23, 2008

ACCOUNT NUMBER : J05459                   BED/CELL NUMBER: FBB2T200000002130
ACCOUNT NAME   : GRAY, GREGORY                ACCOUNT TYPE: I
PRIVILEGE GROUP: A          TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         CURRENT HOLDS IN EFFECT

  DATE       HOLD
  PLACED     CODE    DESCRIPTION              COMMENT            HOLD AMOUNT
  ------     ----    -----------              -------            -----------
  06/02/2008 H109    LEGAL POSTAGE HOLD       5580 05/30              1.00
  06/13/2008 H109    LEGAL POSTAGE HOLD       5907 06/13              1.17
  06/16/2008 H118    LEGAL COPIES HOLD        5938 06/16              3.20
  06/18/2008 H109    LEGAL POSTAGE HOLD       5962 06/17              1.68

                  * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/23/97                  CASE NUMBER: *9700329
COUNTY CODE: *CC                          FINE AMOUNT: $ 1,000.00

  DATE      TRANS.  DESCRIPTION              TRANS. AMT.         BALANCE
  ----      ------  -----------              -----------         -------
  11/01/2007         BEGINNING BALANCE                           1,000.00
  11/14/07  SU01    SYS TRNSF - POS              61.27-            938.73
  11/14/07  SU03    SYS UPDATE - POS              6.39-            932.34

                  * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/23/97                  CASE NUMBER: 9700329
COUNTY CODE: CC                           FINE AMOUNT: $ 5,000.00

  DATE      TRANS.  DESCRIPTION              TRANS. AMT.         BALANCE
  ----      ------  -----------              -----------         -------
  11/01/2007         BEGINNING BALANCE                           4,870.86
```

```
REPORT ID: TS3030  .701                                              REPORT DATE: 06/23/08
                                                                     PAGE NO:          2
                              HIGH DESERT STATE PRISON
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2007 THRU JUN. 23, 2008

ACCT: J05459         ACCT NAME: GRAY, GREGORY              ACCT TYPE: I

                              * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/23/97                          CASE NUMBER: 9700329
COUNTY CODE: CC                                   FINE AMOUNT: $    5,000.00

DATE      TRANS.     DESCRIPTION                  TRANS. AMT.       BALANCE
-----     ------     -----------                  -----------       -------
11/14/07  SU01       SYS TRNSF - POS                 150.32-       4,720.54

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                              TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL        CURRENT        HOLDS      TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS     BALANCE       BALANCE     TO BE POSTED
---------     --------    -----------     -------       -------     ------------
   0.00         0.00          0.00          0.00          7.05          0.00

                                                                 CURRENT
                                                                AVAILABLE
                                                                 BALANCE
                                                                ---------
                                                                   7.05-
                                                                ---------
```

```
REPORT ID: TS3030  .701                               REPORT DATE: 06/25/08
                                                           PAGE NO:       1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                             HIGH DESERT STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: DEC. 25, 2007 THRU JUN. 25, 2008

ACCOUNT NUMBER : J05459               BED/CELL NUMBER: FBB2T2000000213U
ACCOUNT NAME   : GRAY, GREGORY                        ACCOUNT TYPE: I
PRIVILEGE GROUP: A           TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE    DESCRIPTION              COMMENT           HOLD AMOUNT
------      ----    -----------              -------           -----------
06/02/2008  H109    LEGAL POSTAGE HOLD       5580 05/30               1.00
06/13/2008  H109    LEGAL POSTAGE HOLD       5907 06/13               1.17
06/16/2008  H118    LEGAL COPIES HOLD        5938 06/16               3.20
06/18/2008  H109    LEGAL POSTAGE HOLD       5962 06/17               1.68
06/24/2008  H109    LEGAL POSTAGE HOLD       6072 06/23               1.00
06/24/2008  H109    LEGAL POSTAGE HOLD       6072 06/23               1.17

                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS     TRANSACTIONS
 BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE    TO BE POSTED
---------     --------     -----------     -------      -------    ------------
    0.00        0.00          0.00           0.00         9.22           0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                        --------
                                                           9.22-
```

## PROOF OF SERVICE BY PERSON IN STATE CUSTODY

I the Undersigned, hereby declare that I am over the age of eighteen (18), and that I am incarcerated at High Desert State Prison in Susanville, California, that [X] I am [ ] am not a party to this action, and that on the 22th day of JUNE, 2008, I served a true and complete copy of the following:

(                                                                    )
(                                                                    )
(         MOTION AND DECLARATION UNDER                                )
(         PENALTY OF PERJURY IN SUPPORT                               )
(         OF MOTION TO PROCEED IN FORMA                               )
(         PAUPERIS.                                                   )
(                                                                    )
(_____)

By handing it to institutional staff with First Class Postage prepaid in full for mailing to the following address(es):

( U.S. DISTRICT COURT                                                 )
( SOUTHERN DISTRICT OF CALIFORNIA                                     )
( OFFICE OF THE CLERK                                                 )
( 880 FRONT STREET, SUITE 4290                                        )
( SAN DIEGO, CALIFORNIA                                               )
(            92101-8900.                                              )
(_____)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON     JUNE 22, 2008    , in Susanville, California.


GREGORY LEE GRAY           /s/ Gregory Lee Gray
   (Print Name)                (Signature)