# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 AUG 19 PM 3:03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Jones

FROM: R. Mullin, Deputy Clerk          RECEIVED DATE: 8/18/2008

CASE NO.: 08cv1178 J (NLS)    DOCUMENT FILED BY: Plaintiff

CASE TITLE: Gray v. Doe, et al

DOCUMENT ENTITLED: Motion to proceed in forma pauperis

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Case dismissed as duplicative.** |

Date forwarded: 8/18/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Jones

Dated: 8/19/08    By: SPK/PSC

cc: All Parties

GREGORY LEE GRAY
PLAINTIFF/PETITIONER/MOVANT'S NAME

J05459
PRISON NUMBER

H.D.S.P., B-2-213
P.O. BOX 3030, SUSANVILLE, CA 96127
PLACE OF CONFINEMENT

(SAME AS ABOVE)
ADDRESS

**REJECTED**

# United States District Court
## Southern District Of California

GREGORY LEE GRAY,
Plaintiff/Petitioner/Movant

v.

JOHN DOE DIRECTOR OF CDCR,
ROBERT HERNANDEZ, WARDEN, K. STERLING,
E. MARRERO, AND A.R. PETERSON ALL OF
R.J. DONOVAN CORREC- Defendant/Respondent
TIONAL FACILITY, et al.,

Civil No. 08CV1178 J (NLS)
~~3:08-CV-01147-JM-LSP~~
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, GREGORY LEE GRAY,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  ☒ Yes  ☐ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution?        ☒ Yes  ☐ No
    Do you receive any payment from the institution?   ☐ Yes  ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]